MIE 1A  
Revised 07/12

Order of the Court to Continue Supervision

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

     v.

LIONEL HARRIS            Crim. No.: 11-CR-20425-06

On 09/27/2012 the Court authorized the issuance of a probation summons based upon a violation petition citing violation(s) of supervision. The issue(s) of the violation were heard in Court on 11/13/2012, and the Court made the following finding(s):

  __X__ Guilty of violating condition(s) of supervision. The following special condition(s) of supervision are added.

"The offender may make payments of $50.00 per month toward restitution."

"The offender shall perform physical labor at his mother's residence when not employed full-time or conducting employment search, and provide verification to the probation officer."

                                          Respectfully submitted,

                                          s/Jeffry W. Konal  
                                          United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

    Dated this 4th Day of December, 2012.

                                          s/Robert H. Cleland  
                                          Robert H. Cleland  
                                          United States District Judge